Thomas C. BORING, Jr., and Mona Citro,
Plaintiffs-Appellants,

v.

STATE OF MISSISSIPPI, Defendant-
Appellee.

No. 29751

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 25, 1970.

W. S. Moore, Jackson, Miss., for plaintiffs-appellants.

A. F. Summer, Atty. Gen. of Miss., Jackson, Miss., George Everett, Dist. Atty., John J. Fraiser, Jr., Leflore County Pros. Atty., James W. Burgoon, Jr., Asst. Dist. Atty., Greenwood, Miss., for defendant-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

This is an appeal from an order of the District Court granting a motion to re-

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

mand to the state court an attempted removal, under 28 U.S.C.A. § 1443(1), of state criminal prosecutions for possession of marihuana and restricted drugs. Appellants stand solely on the proposition that City of Greenwood, Mississippi v. Peacock, 1966, 384 U.S. 808, 86 S.Ct. 1800, 16 L.Ed.2d 944, should be overruled. The appeal is patently frivolous and is

Dismissed.

Joe David CHILDRESS, Petitioner-
Appellant,

v.

Dr. George J. BETO, Director, Texas
Department of Corrections,
Respondent-Appellee.

No. 29681

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 16, 1970.

Will Gray, Houston, Tex., for petitioner-appellant.

Crawford C. Martin, Atty. Gen., of Texas, Nola White, First Asst. Atty.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir., 1970, 431 F.2d 409, Part I.

Gen., Alfred Walker, Executive Asst. Atty. Gen., Robert C. Flowers, Charles R. Parrett, Asst. Attys. Gen., Austin, Tex., for appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

**John Philemon LUKE II, Petitioner-Appellant,**

v.

**Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, Respondent-Appellee.**

**John Francis HENRY, a/k/a Chico Henry, Petitioner-Appellant,**

v.

**Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, Respondent-Appellee.**

Nos. 29573, 29577

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 17, 1970.

Steadman S. Stahl, Jr., Varon & Stahl, P. A., Edward M. Kay, Hollywood, Fla., for petitioners-appellants.

Earl Faircloth, Atty. Gen., State of Fla., Tallahassee, Fla., Charles W. Musgrove, Asst. Atty. Gen., West Palm Beach, Fla., for respondent-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

The sole issue on this appeal from the denial of petition for habeas corpus is whether the comments of the prosecutor in closing argument to the jury in the state trial constituted comment upon the failure of appellants to take the stand and testify in their own behalf.

We agree with the district court, after a study of the remarks in question, that the jury could not have interpreted them as commentary on the failure of the appellants to take the stand, and therefore affirm. Garcia v. United States, 5th Cir. 1963, 315 F.2d 133; Samuels v. United States, 5th Cir. 1968, 398 F.2d 964; Williams v. Wainwright, 5th Cir. 1969, 416 F.2d 1042; Parks v. Wainwright, 5th Cir. 1970, 429 F.2d 1240.

Affirmed.

---

1. *See* NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.